**Order entered June 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

## EX PARTE WILLIAM THOMAS NICHOLAS, JR.

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

On May 20, 2015, this Court ordered the Dallas County Clerk to file a supplemental clerk's record containing the trial court's written order ruling on appellant's application for writ of habeas corpus. The supplemental clerk's record filed on May 22, 2015 contains a docket sheet with a notation reflecting the trial court's February 10, 2015 denial of the application for writ of habeas corpus. However, that docket sheet entry does not satisfy our requirement of a written order.

Accordingly, we **ORDER** John Warren, Dallas County Clerk, to file by **5:00 p.m. on WEDNESDAY, JUNE 10, 2015**, a supplemental clerk's record containing the document entitled "Court's Supplemental Order and Findings of Fact and Conclusions of Law" that reduces to writing the trial court's ruling on appellant's application for writ of habeas corpus.

The Court **DENIES** appellant's June 4, 2015 "Motion for Estoppel."

Appellant's brief will now be due by **June 22, 2015**.  The State's brief will now be due by **July 7, 2015**.

The appeal remains set for submission on July 30, 2015.

We **DIRECT** the Clerk to send copies of this order to John Warren, Dallas County Clerk; William Nicholas; and the Dallas County District Attorney's Office.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE